ANNIE CONWAY, as Administratrix of the Estate of JAMES E. CONWAY, Deceased, Appellant, *v.* FITZPATRICK & COOMBES, INCORPORATED, Respondent.

*Conway* v. *Fitzpatrick & Coombes, Inc.*, 151 App. Div. 937, affirmed.
(Argued October 27, 1913; decided November 18, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1912, affirming a judgment in favor of

defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the defendant's negligence.

*Raphael Link* and *Francis X. McCollum* for appellant.

*John Vernou Bouvier, Jr., W. Montague Geer, Jr.,* and *James B. Henney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.